UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUN 19  PM 2: 18
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. _____ |
| | § | |
| Plaintiff, | § | A12CR 241 LY |
| | § | **INDICTMENT** |
| v. | § | |
| | § | |
| JACOB DANIEL FOSTER, | § | [Vio:   18 U.S.C. § 2113(a) – Bank Robbery; |
| | § | 18 U.S.C. § 2312 – Interstate Transportation |
| Defendant. | § | of Stolen Motor Vehicle] |
| | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
**Bank Robbery**
[18 U.S.C. § 2113(a)]

On or about August 29, 2011, in the Western District of Texas, the Defendant,

**JACOB DANIEL FOSTER**

by force and violence and by intimidation, did take and attempt to take from the person and presence of another money, to wit: United States currency, belonging to and in the care, custody, control, management, and possession of Chase Bank, located at 201 North FM 685, Pflugerville, Texas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO
### Interstate Transportation of Stolen Motor Vehicle
**[18 U.S.C. § 2312]**

On or about August 29, 2011, in the Western District of Texas and elsewhere, the Defendant,

**JACOB DANIEL FOSTER**

did transport in interstate commerce, from the State of Arkansas to the State of Texas, a motor vehicle, namely, a 2006 Chevrolet Express motor vehicle bearing Arkansas license plate number 646-MDW and vehicle identification number 1GAHG39U261155411, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2312.

**ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002**

ROBERT PITMAN
United States Attorney

By: _____
MATTHEW B. DEVLIN
Assistant United States Attorney